# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * *<br>**LONNY E. BALEY, et al.,**<br>**JOHN ANDERSON FARMS, INC.,**<br>et al.,<br><br>            **Plaintiffs,**<br>       v.<br><br>**UNITED STATES,**<br><br>            **Defendant.**<br>* * * * * * * * * * * * * * * | Nos. 1-591L; 7-194C;  7-19401C; 7-19402C; 7-19403C; 7-19404C; 7-19405C;  7-19406C; 7-19407C; 7-19408C; 7-19409C; 7-19410C; 7-19411C; 7-19412C;  7-19413C; 7-19414C; 7-19415C; 7-19416C; 7-19417C; 7-19418C; 7-19419C; 7-19420C.<br><br>Filed:  October 23, 2017 |

**ORDER**

On September 29, 2017, the court issued a decision in the above captioned cases. On October 16, 2017, and October 23, 2017, the court held status conferences in the above captioned cases.  As agreed to by the parties at the October 23, 2017 status conference, and consistent with the court's September 29, 2017 opinion, the Clerk of the Court shall enter **JUDGMENT** in the above-captioned cases in favor of defendant.

**IT IS SO ORDERED**.

                                                                s/Marian Blank Horn
                                                                **MARIAN BLANK HORN**
                                                                            **Judge**